UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| GENESIS ALTERNATIVE FINANCE IV LLC, <br><br> Plaintiff/Counter-Defendant, <br><br> v. <br><br> STUART SCHMIDT and MEDICAL LIEN ASSIGNMENTS, LLC, <br><br> Defendants/Counter-Claimants. | Case No. 22-10944 <br> Honorable Laurie J. Michelson |

**ORDER GRANTING IN PART AND DENYING IN PART DEFENDANTS' MOTION FOR SUMMARY JUDGMENT [20]**

Genesis Alternative Finance IV LLC sued Medical Lien Assignments, LLC, and its President Stuart Schmidt, for civil conspiracy, breach of contract, negligence, breach of fiduciary duty, silent fraud, fraudulent inducement, and declaratory relief. (*See* ECF No. 9.) Schmidt and MLA then counter-claimed for breach of contract arguing that Genesis' filing of this suit was a breach of a settlement agreement the parties entered into in February 2021. (ECF No. 10, PageID.301.) Following discovery, Schmidt and MLA moved for summary judgment on Genesis' claims against them and on their counterclaim for breach of contract. (*See* ECF No. 20.)

The motion was fully briefed (ECF Nos. 21, 23), and the Court held a hearing on February 29, 2024. For the reasons stated more fully on the record during the Court's oral ruling, the Defendants' motion for summary judgment is GRANTED IN PART and DENIED IN PART. The claims in Genesis' amended complaint are

2

DISMISSED pursuant to Federal Rule of Civil Procedure 56(a) and Defendants' counterclaim for breach of contract is dismissed pursuant to Federal Rule of Civil Procedure 56(f). A separate judgment will follow.

SO ORDERED.

Dated: March 1, 2024

                                              s/Laurie J. Michelson
                                              LAURIE J. MICHELSON
                                              UNITED STATES DISTRICT JUDGE