UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| GENESIS ALTERNATIVE FINANCE IV LLC, | |
| Plaintiff/Counter-Defendant, | Case No. 22-10944<br>Honorable Laurie J. Michelson |
| v. | |
| STUART SCHMIDT and MEDICAL LIEN ASSIGNMENTS, LLC, | |
| Defendants/Counter-Claimants. | |

# JUDGMENT

In accordance with the order entered today, it is hereby ORDERED and ADJUDGED that this case is DISMISSED.

Dated this 1st day of March 2024 in Detroit, Michigan.

KINIKIA ESSIX
CLERK OF THE COURT

By: s/Erica Parkin
DEPUTY COURT CLERK

APPROVED:

s/Laurie J. Michelson
LAURIE J. MICHELSON
UNITED STATES DISTRICT JUDGE

Dated: March 1, 2024